■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL DAVIS, Also Known as MICHAEL JOHNSON, Appellant. [706 NYS2d 357] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (George, J.), rendered March 4, 1997, convicting him of burglary in the second degree, petit larceny, criminal possession of stolen property in the fifth degree, and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court did not err in denying his motion pursuant to CPL 30.30 to dismiss the indictment without holding a hearing. The motion papers submitted by the parties provided a sufficient basis for the court's determination (*see, People v Cassels,* 260 AD2d 392).

The defendant's remaining contentions are without merit. Altman, J. P., Florio, H. Miller and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER GASKIN, Appellant. [707 NYS2d 330] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Chetta, J.), rendered March 31, 1999, convicting him of criminal possession of stolen property in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Sullivan, S. Miller, Luciano and H. Miller, JJ., concur.